UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH J. WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>ELICK TOBY BOWLER, et al.,<br><br>        Defendants. | Case No. EDCV 17-1687 AG(JC)<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: June 29, 2018

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE